FILED
CLERK, U.S. DISTRICT COURT
6/27/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___cd___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD PAUL NERY,<br><br>　　　　Defendant. | CR No. 8:22-cr-00090-JFW<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi): Possession with Intent to Distribute a Fentanyl Analogue and Controlled Substance] |

　　The United States Attorney charges:

　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

　　On or about March 21, 2021, in Orange County, within the Central District of California, defendant RICHARD PAUL NERY knowingly and intentionally possessed with intent to distribute at least 10 grams, that is, approximately 68.9 grams, of a mixture and substance containing a detectable amount of Para-Fluorofentanyl, a Schedule I controlled substance and analogue, as defined in Title 21, United

//

//

States Code, Section 802(32)(A), of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule I narcotic drug controlled substance.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Acting Chief, Major Frauds Section

SCOTT PAETTY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

ALI MOGHADDAS
Assistant United States Attorney
Major Frauds Section